THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SPRAGUE, as Administrator of DAVID H. JOURNEAY, Deceased, Respondent, *v.* THOMAS W. FITZGERALD, District Attorney, Defendant; MARY L. ENGELBRECHT, Appellant.

*People ex rel. Sprague v. Fitzgerald,* 15 App. Div. 539, affirmed.
(Argued June 7, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 8, 1897, affirming an order of Special Term granting a writ of prohibition.

*Calvin D. Van Name* for appellant.

*George J. Greenfield* for respondent.

Order affirmed, with costs; no opinion.
All concur.